UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| Plaintiff, | * | CASE NO. 1:18-cv-01722-CCB |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 69.137.43.13,** | * | |
| | * | |
| Defendant. | * | |

**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANT WITH A SUMMONS AND COMPLAINT**

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which It Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until December 3, 2018 to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this 25 day of Oct, 2018.

By: _____CCB_____
**UNITED STATES DISTRICT JUDGE**

1